# EXHIBIT D

U.S. PATENT NO. 5,983,923

Preliminary Exemplary Infringement Claim Chart vs. Oatey

| Claim Element | |
|---|---|
| 1. A plumbing connector system comprising:<br><br>a recessed, in-wall water service box having top, bottom, back and side walls, and at least one opening through one of the walls that is adapted to receive a valve inlet extension of desired diameter through the opening; |  |

| | |
|---|---|
| at least one valve operable inside the water service box, the valve having an inlet and an outlet; |  |
| a valve inlet extension attached to the valve in fluid communication with the valve inlet and extending through the opening in the water service box, the valve inlet extension having a barbed end opposite the valve inlet, the barbed end having a longitudinal bore and being insertable into an open end of a cross-linked polyethylene water supply line, the outside diameter of the barbed end being sized to frictionally engage the cross-linked polyethylene water supply line when inserted therein; | |

| | |
|---|---|
| apparatus releasably securing the valve inlet extension to the wall of said water service box having said opening; and |   |
| a ring positionable over and around said end of the cross-linked polyethylene water supply line to secure said end to the barbed end of the valve inlet extension. |   |

| | |
|---|---|
| 2. The plumbing connector system of claim 1 wherein the valve inlet extension threadedly engages the valve inlet. |  |
| 3. The plumbing connector system of claim 1 wherein the barbed end is formed as an integral part of the valve inlet extension. |  |

| | |
|---|---|
| 4. The plumbing connector system of claim 1 wherein the barbed end is part of an adaptor connected to an end of the valve inlet extension opposite the valve inlet. |  |
| 6. The plumbing connector system of claim 1 wherein the ring is a metal crimp ring. |  |

| | |
|---|---|
| 7. The plumbing connector system of claim 1 wherein the ring is made of cross-linked polyethylene. |  |
| 8. The plumbing connector system of claim 1 wherein the water service box further comprises at least one waste drain opening. | 

Oatey Quadtro Supply Boxes |

| | |
|---|---|
| 10. The plumbing connector system of claim 1 wherein the valve inlet extension comprises an annular shoulder adjacent to the barbed end that limits insertion of the barbed end into the cross-linked polyethylene water supply line. |  **annular shoulder** |